# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 9, 2015

Before:
DIANE P. WOOD, Chief Judge
RICHARD A. POSNER, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge

| No. 14-2301 | IN RE: <br> TEXT MESSAGING ANTITRUST LITIGATION |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-07082 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)